# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED MOHAMED ELGHEMBRI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPT. OF CORRECTION & REHABILITATION, et al., <br><br> Defendants. | Case No. 24-cv-02769-WHO (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff Elghembri has not filed an amended complaint by the deadline, which had been extended at his request. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order to file an amended complaint and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Elghembri may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by an amended complaint which appears on this Court's form and which complies with the instructions in the Order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 20, 2025



WILLIAM H. ORRICK
United States District Judge